IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID M. GRAHAM                                                                         PLAINTIFF(S)

vs.                              CASE NO. 2:06CV00187 JHL

UNION PACIFIC RAILROAD COMPANY                                          DEFENDANT(S)

### PLAINTIFF'S PRETRIAL DISCLOSURE

TO:   Scott H. Tucker
      Friday, Eldredge & Clark, LLP
      400 West Capitol Avenue, Suite 2000
      Little Rock, AR 72201-3493

      and

      Andrew W. Reinhart
      Kelly Hayden LLC
      525 William Penn Place, Suite 3125
      Pittsburgh, PA 15219.

      Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

Plaintiff DAVID M. GRAHAM, makes these pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3) and local rule 26.2.

### A. COUNSEL FOR BOTH PARTIES

1. Plaintiff, David M. Graham, is represented by the following counsel:

| | |
|---|---|
| S. Reed Morgan | Mark B. Chadick |
| Morgan & Chadick, LLP | Morgan & Chadick, LLP |
| P.O. Box 38 | 225 West Barraque |
| Comfort, TX 78013 | Pine Bluff, AR 71601 |
| (888) 808-6077 Phone | (870) 536-5110 Phone |

2. Defendant, Union Pacific Railroad Company, is represented by the following

counsel:

Scott H. Tucker                                          Andrew W. Reinhart

| | |
|---|---|
| Alan G. Bryan | Kelly Hayden LLC |
| Friday, Eldredge & Clark, LLP | 525 William Penn Place, Suite 3125 |
| 400 West Capitol Avenue, Suite 2000 | Pittsburgh, PA 15219 |
| Little Rock, AR 72201-3493 | (412) 325-4392 |
| (501) 376-2011 | |

### B. SUMMARY OF CLAIM/RELIEF SOUGHT

Plaintiff brings this action against his employer under the Federal Employers' Liability Act (FELA), 45 U.S.C. § 51, for cumulative trauma injuries and low back degenerative disc disease and facet degeneration.  The Plaintiff seeks relief for past, present and future damages; physical pain and mental anguish; loss of earnings and benefits, loss of seniority time, past, present and future lost wages, and a permanent loss of earning capacity; disfigurement; and past present and future medical damages for hospital, pharmaceutical and physician care. Plaintiff is seeking lost wages in the amount of $579,914.

### C. SETTLEMENT PROSPECTS

The parties have not attended a formal settlement conference, but have exchanged several demands and offers.  At present, the parties have not settled and negotiations are moving slowly.  It is highly likely this case will not settle.

### D. BASIS FOR JURISDICTION

Venue is proper in this matter pursuant to the terms of Title 28 U.S.C. § 1391(b) all or a significant part of the incidents causing harm occurred in this District, and this Defendant resides in the Eastern District of Arkansas, has regular and systematic contacts with this District, and has a principal place of business in this District.

### E. PENDING MOTIONS

There are no pending motions.

## F. SUMMARY OF FACTS

Plaintiff claims that he worked from 1974 to 2005, in heavy labor as a railroad worker, and that over time, he was caused to wear out the discs in his back and neck, necessitating surgery at the L5-S1 spinal level, for removal of a disc and interbody fusion. Specifically, plaintiff claims that numerous trackman jobs were poorly designed, overly stressful, performed with an insufficient number of men, and with equipment that was overly stressful, doing job tasks that were too repetitious. Specifically, the following jobs contributed to cause his low back and neck injuries:

1. Performing the jobs of hand spiking, hydraulic spiking, hydraulic spike pulling, hand pulling bent and twisted spikes with a claw bar, and both hand tamping and tamping with hydraulic tampers;

2. Unloading ballast cars by hand, tamping ballast, picking up and throwing tie plates, and knocking on rail anchors;

3. Setting spikes for the "on track spiker", using a lining bar on the curve gang;

4. Operating the "burro crane" and the "stabilizer machine" that defectively caused a high degree of injurious shocks, jolts, and vibration;

5. In addition, plaintiff claims the UPRR did not properly supervise, instruct and warn him regarding the manner in which the involved work should be done, nor did it inform him of the consequences, i.e. injury to the spine, that would occur doing the work as it was assigned.

6. UPRR failed to provide and implement a properly functioning safety program, ergonomics program, health and surveillance program, and sufficient number of men to do the work tasks without injury due to musculoskeletal over-stress.

7. UPRR failed to provide reasonably safe tools and work methods for these jobs.

## G.  PROPOSED STIPULATIONS

The parties have stipulated to the authenticity requirements of Federal Rule of Civil Procedure 901 concerning the following:

1. Jurisdiction and venue are stipulated as correct;

2. Plaintiff was allegedly injured in the course and scope of employment doing work in interstate commerce;

3. At all material times, plaintiff was employed by defendant or one of the companies that it acquired and assumed liability.

## H.  ISSUES OF FACT EXPECTED TO BE CONTESTED

1. The negligence of the parties, if any.

2. Plaintiff's damages.

## I.  ISSUES OF LAW EXPECTED TO BE CONTESTED

1. The qualifications of defendants' experts to render their untrained and biased opinions in this matter.

## J.  EXHIBITS

The following is a list of exhibits that Plaintiff expects to offer:

1) UPRR Medical Directors File
2) UPRR Personnel File for Mr. Graham
3) Reports, Everett G. Dillman, Ph.D.
4) Reports, Michael D. Shinnick, Ed.D.
5) Plaintiff's Report of Injury dated October 23, 2005.
6) DVD footage of the UPRR Train Yard Inspection.
7) Photographs of the UPRR Railroad yard Inspection.
8) UPRR print out reflecting cumulative trauma back injuries produced at Mr. Page's second deposition (Exhibit 16 to Page Deposition of 9/18/08) ;
9) The deposition exhibits attached to Dr. McCormack's deposition in Danko v. Union Pacific RR.

Any and all medical records of any type from the following medical providers:

9) George R. Schoedinger, III, MD
10) Sunil Gera, MD

11) J. Trent Beaton, MD
12) Cross Ridge Community Hospital
13) St. Bernards Medical Center
14) Terence P. Braden, III, DO
15) James R. Jacobs
16) Jim Murry, PT

17) Dr. Tim McCormack deposition exhibits in *Holman V. Union Pacific Railroad Company*; Cause No. 5-01-CV-003495
18) William Roe deposition exhibits in *Holman v. Union Pacific Railroad Company;* Cause No. 5-01-CV-003495.
19) Dr. Tim McCormick Exhibit to deposition in *Danko v. UPRR* re: Medical Rules (Deft-01670).

20) Tax Returns (2001 thru 2006).

21) Exhibits 1,2,3,5,6, and 7 to the deposition of George Page taken March 2008, described below:

   a. Exhibit I to deposition, Cumulative Trauma Disorder Prevention Task Force Objectives and Resource Material [UPRR];
   b. Exhibit 2 to deposition, Chapter 4 Physical Fatigue, 7 pages [UPRR];
   c. Exhibit 3 to deposition, Chapter 4 Physical Fatigue 12 pages [UPRR];
   d. Exhibit 5 to deposition, Supervisor/Manager Training (71 pages)[UPRR];
   e. Exhibit 6 to deposition, A Guide to Employee Wellness and Safety [UPRR];
   f. Exhibit 7 to deposition, Basic Ergonomics: Principles and Techniques [UPRR], (17 pages).

22). Documents listed in the report of Dr. Michael Shinnick, now marked as follows:

   a. Musucoskeletal Disorders and the Workplace- Low Back and Upper Extremities, National Academy of Science, 2001;
   b. Musucloskeletal Disorders and Workplace Factors, NIOSH, July 1997;
   c. Ergonomics: The Study of Work, 2000 (revised), that WMSDs generally develop gradually over weeks, months, and years;
   d. Work-Related Musculoskeletal Disorders (WMSDs) a reference book for Prevention, 1995;
   e. NIOSH Elements of Ergonomic Programs, March 1997;
   f. OSHA's Ergonomics: The study of work 1991;
   g. AAR publication, Ergonomics Programs at Heavy, Industrial Corporations, Feb. 1994;
   h. Musculoskeletal Disorders and Workplace Factors, National Institute for Occupational Safety and Health

  (NIOSH), July 1997;

i. Occupational Ergonomics: Work Related Musculoskeletal Disorders of the Upper Limb and Back, Violante, Armstrong & Kilbom, 2000;

j. Deposition of Timothy McCormick, M.D., UPRR Medical Director, April 29, 1997;

k. Deposition of David J. Ramcharan, Ph.D., April 29, 1997;

l. Deposition of George B. Page, March 5, 2008;

m. UPRR Machine Operator and Sectionman Injury Claims March 18, 1991 to October 31, 2001;

n. AAR, Ergonomic Guide, 1991;

o. AAR, Ergonomic Analysis of Selected Trackmen Activities, 1991;

p. Ergonomics Program Management Guidelines For Meatpacking Plants, US Dept. of Labor, OSHA 3123, 1990;

q. Ergonomics: The Study of Work, US Dept. of Labor, OSHA 3125, 2000 revision;

r. Ergonomics: The Study of Work, US Dept. of Labor, OSHA 1991;

s. OSHA, Advanced Notice of Proposed Rulemaking (57 Fed Reg. 34192);

t. Ergonomic Analysis of Trackmen Activities, Jerry P. Purswell and Jeffery C. Woldstand, A Final Report to the Association of American Railroads, July 1, 1991;

u. Job Descriptions of Maintenance of Way Worker;

v. Dr. Pacquet's report, photos and calculations;

w. Photos of the field inspection conducted by Dr. Shinnick;

x. Video film of Jon Little taken at the time of the inspection conducted by Dr. Shinnick;

y. Mr. Page's article, Ergonomic Analysis of Tie Plate Lifting a working Paper," Kuciemba, Page, and McMahan [Exhibit 11, Page deposition of 9/18/08.].

z. Exhibit 12 to Page deposition of 9/18/08 – Application of The NIOSH Work Practices Guide for Manual Lifting, George B. Page, Paul B. McMahan, Safety Research Division Research and Test Department Association of American Railroads, 1988.

The following is a list of exhibits that Plaintiff may offer:

1) 41 Reports produced by UPRR of Job Task Analysis pertaining to Maintenance of Way RR workers; [Exhibit 18 to deposition of Mr. Page 9/18/08, 8-1-41].

2) Exhibit 19 to Page deposition 9/18/08- Notice of deposition.

3) Exhibit 20 to Page deposition of 9/18/08, Biomechanical Analysis for Track Laborer 5/27/04, Tie Plate Flipping.

4) Exhibit 3 to Page deposition of 9/18/08 "Healthwise Book."

5) Exhibit 13 to Page deposition of 9/18/08 Application of NIOSH Work Practices Guide for Manual Lifting, Response to OSHA."

6) Exhibit 14 to Page deposition of 9/18/08 April, 1990, an Ergonomic Investigation of Hand Switch Operation.

7) Exhibit 21 to Page deposition of 9/18/08, MOW injury data for 1998 to 2004 non acute back injuries.

8) Exhibit 15 to Page deposition of 9/18/08, American National Standard Construction and Demolition Operations, Reduction of Musculoskeletal Problems in Construction; American National Standards Institute, Inc.

9) Exhibit 16 to Page deposition of 9/18/08, Incident Chart.

10) "Shear Happens! Suggested Guidelines for Ergonomists to reduce the risk of low back injury from shear loading." Proceedings of the 30th Annual Conference of the Human Factors Assoc. of Canada, Missisauga, Ont. Canada.

11) Medical directors file on David Graham, selected relevant pages.

12) Any exhibit listed by defendant to which plaintiff has not had an objection sustained;.

13) Plaintiff's Earnings History with UPRR.

14) A biomechanical Evaluation of Railroad Car Hand Brake Operating Methods, by Todd Brown, George B. Page, and Paul B. McMahan.

15) Ergonomics in the U. S. Railroad Industry by Todd Brown, George Page, and Paul B. McMahan.

16). Employee work history at UPRR.

17) People soft Info of UPRR re: David Graham.

18) Tie Plate.

19) Tie Hook.

20) Five photographs in Dr. Paquet's 8/6/08 report.

21) Exhibit 29 to William E. Roe deposition of 5/24/00, Pro-Back, The VISUCOM Low Back Pain Prevention Program; Pro-Back, VISUCOM Discussion Guide for the Film "In the Back of Your Mind".

22) "Body In Motion" Module II Stretching and Strengthening Exercises.

23) "Body In Motion" Leader Guide with Overheads.

24) "Body In Motion" Preventative Maintenance, Leader's Guide, Module III.

25) "Body In Motion" The Basics of Working Smart and Proper Material Handling Techniques, Leader's Guide, Module IV.

26) "Body In Motion" UPRR, A Facilitator's Guide to Employee Wellness and Safety.

27) Element of Ergonomics Programs, US Department of Health and Human Services.

28) Cumulative Trauma Disorders in the Workplace, U.S. Department of Health and Human Services.

29) Occupational Biomechanics, 3rd Edition, Don B. Chaffin, Gunnar B. J. Andersson, Bernard J. Martin.

30) National Safety Council, Ergonomics, A Practical Guide, 2nd Edition.

31) Union Pacific present Pro-Back II, Management Program, The VISUCOM Low Back Pain Prevention Program And Cathy Burgess Manual.

32) Paul McMahan, AAR Article Overexertion Injuries A National Epidemic 1997.

33) Affidavit of Brent Mower in the *Randall Devita v. Union Pacific Railroad*; Cause No. CVPI-99-00085B.

34) Affidavit of Brent Mower in the *Duane A. Bushue v. Union Pacific Railroad Company*; Cause No. 992-01227.

### K.  WITNESSES

The Following are witnesses whom Plaintiff expects to call at trial:

1) David M. Graham

    315 West Hickory Avenue
    P.O. Box 462
    Wynne, AR 72396

2) Everett G. Dillman, Ph.D.
   International Business Planners, Inc.
   7100 Westwind, Suite 210
   El Paso, TX 79912

3) Dr. Michael D. Shinnick
   Dynamics Research Group, Inc.
   Research Park, Suite 201-203
   670 Sunshine Farm Lane
   Blacksburg, VA 24060

4) George R. Schoedinger, III, MD
   Premier Care South Division
   12639 Old Tesson Road, Suite 115
   St. Louis, MO 63128

5) Eddie Fuller
   c/o Union Pacific Railroad
   P.O. Box 6017
   Jonesboro, AR 72403

6) Sunil Gera, MD
   Pain Management Medical Clinic
   2508 Southwest Square
   Jonesboro, AR 72401;

7) Robert White
   White & Rowland, Limited
   1915 Skylark Drive
   Beebe, AR 72012

   Expert witness on job rehabilitation and training, and employment opportunities for David Graham.

The Following are witnesses whom Plaintiff may call at trial:

1) Wardell Campbell
   c/o Union Pacific Railroad Company

2) John Tyler
   109 Teagues Road
   Ferview, LA 71334
   Mr. Herman Carroll

3) Delby Earles
   c/o Union Pacific

4)   E.U. Williams
     c/o Union Pacific

5)   Jack Gifford
     c/o Union Pacific

6)   David Hildebrandt
     c/o Union Pacific Railroad

7)   Willie Richardson
     815 W. Mulberry Avenue
     Wynne AR, 72396

8)   Ben Reddix
     c/o Union Pacific Railroad

9)   D.L. Williams
     c/o Union Pacific Railroad

10)  Stanley Adams
     c/o Union Pacific Railroad

11)  George Page

12)  Mike Reed
     Claims Agent for UPRR
     1000 West 4th Street
     Little Rock, AR 72214

13)  Herman Carroll

14)  Todd Brown, Ph.D.
     Defendant's Expert

Plaintiff's designated witnesses testimony expected to be presented via deposition transcript:

1)   Dr. Timothy McCormack – by deposition in *Danko v. Union Pacific Railroad Company*; Cause No. 4:05-CV-0153-BE; and *Holman V. Union Pacific Railroad Company*; Cause No. 5-01-CV-003495.

2)   Rick Mower, by deposition in *Holman v. Union Pacific Railroad Company*; Cause No. 5-01-CV-003495.

3)   William Roe by deposition in *Holman v. Union Pacific Railroad Company;* Cause No. 5-01-CV-003495.

    4)    Dr. Tom Bernard by deposition in <u>Holman v. Union Pacific Railroad Company;</u> Cause No. 5-01-CV-003495.

    5)    Any witness listed by defendant.

## L.  DISCOVERY STATUS

Substantially complete.

## M.  ESTIMATED LENGTH OF TRIAL

Plaintiff anticipates this matter taking approximately five days to try this case.

Respectfully submitted,

S. REED MORGAN
Morgan & Chadick, LLP
PO Box 38
Comfort, TX 78013
(830) 995-2464
(830) 995-2728 (FAX)

By: /s/ S. Reed Morgan
    S. Reed Morgan
    TX and AR States Bar No. 14452300

And

MARK B. CHADICK
Morgan & Chadick, LLP
225 West Barraque
Pine Bluff, AR 71601
(870) 536-5110
(870) 536-5629 (FAX)

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I, S REED MORGAN, hereby certify that a true and correct copy of the above and foregoing instrument was served *via* electronic mail notification upon the following counsel of record:

| | |
|---|---|
| Scott H. Tucker | Andrew W. Reinhart |
| Alan G. Bryan | Kelly Hayden LLC |
| Friday, Eldredge & Clark, LLP | 525 William Penn Place, Suite 3125 |
| 400 West Capitol Avenue, Suite 2000 | Pittsburgh, PA 15219 |

    Little Rock, AR 72201-3493

    ATTORNEYS FOR DEFENDANT UNION PACIFIC RAILROAD

on this the 30th, day of September, 2008.

                                    /s/ S. Reed Morgan
                                  S. Reed Morgan