## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DAVID M. GRAHAM**                                            **PLAINTIFF(S)**


**vs.**                          **CASE NO. 2:06CV00187 JHL**


**UNION PACIFIC RAILROAD COMPANY**                       **DEFENDANT(S)**


### PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY CHARGE
### ( 5th Circuit Pattern Jury Instructions 5.1)


**FEDERAL EMPLOYERS LIABILITY ACT** ( 5th Circuit Pattern Jury Instructions 5.1)

The Plaintiff is making a claim under the Federal Employers Liability Act. To win, the Plaintiff must prove each of the following elements by a preponderance of the evidence:

1.        That at the time of the Plaintiff's injury, he was an employee of the defendant performing duties in the course of his employment.

2.        That the defendant was at such time a common carrier by railroad, engaged in interstate commerce;

3.        That the defendant was "negligent;" and

4.        That defendant's negligence was a "legal cause" of damage sustained by Plaintiff.

The Plaintiff claims that the defendant was negligent because:

1.        Defendant failed to provide Plaintiff with a reasonably safe place to work with reasonably safe work methods;

2.        Defendant required Plaintiff to perform job duties at levels of force and repetition that would injure his low back;

3.        Defendant failed to provide sufficient manpower to safely do the work;

4.        Defendant failed to warn Plaintiff the work he was doing throwing tie plates and other tasks would injure his low back;

Negligence is the failure to use reasonable care. Reasonable care is that degree of care that a reasonably careful person would use under like circumstances. Negligence may consist either in doing something that a reasonably careful person would not do under like circumstances, or in failing to do something that a reasonably careful person would do under like circumstances.

Negligence is the legal cause of damage if it played any part, no matter how small, in bringing about or actually causing the injury or damage. If you find that the defendant was negligent and that the defendant's negligence contributed in any way toward any injury or damage suffered by the Plaintiff, you must find that such injury or damage was legally caused by the defendant's act or omission. Negligence may be a legal cause of damage even though it operates in combination with the act of another, or some natural cause, or some other cause, if the negligence played any part, no matter how small, in causing in the damage.

If Plaintiff does not establish his claim by a preponderance of the evidence, your verdict must be for defendant. If, however, Plaintiff does establish his claim by a preponderance of the evidence, then you must consider the defense raised by defendant.