Case No.   **2:06CV00187 JLH**

Case Style: **David M. Graham v. Union Pacific Railroad Company**

# JURY INSTRUCTIONS

given by the Court

## JURY INSTRUCTION NO. 1

Members of the jury, the instructions I gave at the beginning of the trial and during the trial remain in effect. I now give you some additional instructions.

You must, of course, continue to follow the instructions I gave you earlier, as well as those I give you now. You must not single out some instructions and ignore others, because <u>all</u> are important. This is true even though some of those I gave you at the beginning of trial are not repeated here.

The instructions I am about to give you now will be available to you in the jury room. I emphasize, however, that this does not mean they are more important than my earlier instructions. Again, <u>all</u> instructions, whenever given and whether in writing or not, must be followed.

## JURY INSTRUCTION NO. 2

Neither in these instructions nor in any ruling, action, or remark that I have made during the course of this trial have I intended to give any opinion or suggestion as to what your verdict should be.

During this trial I have occasionally asked questions of witnesses.  Do not assume that because I asked questions I hold any opinion on the matters to which my questions related.

## JURY INSTRUCTION NO. 3

In considering the evidence in this case you are not required to set aside your common knowledge, but you have a right to consider all the evidence in the light of your own observations and experiences in the affairs of life.

## JURY INSTRUCTION NO. 4

You should consider and decide this case as a dispute between persons of equal standing in the community, of equal worth, and holding the same or similar stations in life.  A corporation is entitled to the same fair trial as a private individual.  All persons, including corporations, and other organizations stand equal before the law, and are to be treated as equals.

**JURY INSTRUCTION NO. 5**

You are the sole judges of the weight of the evidence and the credibility of the witnesses. In determining the credibility of any witness and the weight to be given his testimony, you may take into consideration his demeanor while on the witness stand, any prejudice for or against a party, his means of acquiring knowledge concerning any matter to which he testified, any interest he may have in the outcome of the case, and the consistency or inconsistency of his testimony, as well as its reasonableness or unreasonableness.

**JURY INSTRUCTION NO. 6**

A fact in dispute may be proved by circumstantial evidence as well as by direct evidence. A fact is established by direct evidence when, for example, it is proved by witnesses who testify to what they saw, heard, or experienced.  A fact is established by circumstantial evidence when its existence can reasonably be inferred from other facts proved in the case.

## JURY INSTRUCTION NO. 7

An expert witness is a person who has special knowledge, skill, experience, training, or education on the subject to which his testimony relates.

You may consider his opinion in the light of his qualifications and credibility, the reasons given for his opinion, and the facts and other matters upon which his opinion is based.

You are not bound to accept an expert opinion as conclusive, but should give it whatever weight you think it should have.  You may disregard any opinion testimony if you find it to be unreasonable.

## JURY INSTRUCTION NO. 8

A party who has the burden of proof on a proposition must establish it by a preponderance of the evidence, unless the proposition is so established by other proof in the case. "Preponderance of the evidence" means the greater weight of evidence. The greater weight of evidence is not necessarily established by the greater number of witnesses testifying to any fact or state of facts. It is the evidence which, when weighed with that opposed to it, has more convincing force and is more probably true and accurate. If, upon any issue in the case, the evidence appears to be equally balanced, or if you cannot say upon which side it weighs heavier, you must resolve that question against the party who has the burden of proving it.

## JURY INSTRUCTION NO. 9

The fact that an accident, injury, or medical condition occurred is not, of itself, evidence of negligence or fault on the part of anyone.

**JURY INSTRUCTION NO. 10**

David Michael Graham is making a claim under the Federal Employers' Liability Act (FELA). That act, not the workers' compensation laws, governs work-related injuries for railroad employees.

## JURY INSTRUCTION NO. 10A

David Michael Graham claims damages from Union Pacific Railroad Company and has the

burden of proving each of the following essential elements:

*First,* plaintiff David Michael Graham was an employee of defendant Union Pacific, and

*Second,* defendant Union Pacific failed to provide any of the following:

- A. Reasonably safe conditions for work in that plaintiff was exposed to excessive forces on the low back in the performance of his job tasks; or

- B. Reasonably safe tools and equipment; or

- C. Reasonably safe methods of work; or

- D. Reasonably adequate help in that defendant failed to provide a sufficient number of men for performing work on the rail gangs; and

*Third,* defendant Union Pacific in any one or more of the ways described in Paragraph *Second*

was negligent, and

*Fourth,* such negligence resulted in whole or in part in injury to plaintiff David Michael

Graham.

The phrase "in whole or in part" as used in this instruction means that Union Pacific is

responsible if its negligence, if any, played any part, no matter how small, in causing David Michael

Graham's injuries. This, of course, means that the railroad is not responsible if any other cause was

solely responsible.

If each of the above elements has been proved by the greater weight of the evidence, your

verdict must be for David Michael Graham. If any of the above elements has not been proved by the

greater weight of the evidence, that is a preponderance of the evidence, then your verdict must be

for defendant Union Pacific.

## JURY INSTRUCTION NO. 11

Your verdict must be for Defendant, Union Pacific, on David Michael Graham's claims unless it has been proved by a preponderance of the evidence that Union Pacific failed to provide Plaintiff David Michael Graham with a reasonably safe place to work.

Your verdict must be for the Defendant, Union Pacific, unless it has been proved by a preponderance of the evidence that Union Pacific knew or by the exercise of ordinary care should have known, that David Michael Graham's job activities were reasonably likely to cause him harm.

## JURY INSTRUCTION NO. 12

If you find in favor of David Michael Graham, then you must award David Michael Graham

such sum as you find by the greater weight or preponderance of the evidence will fairly and justly

compensate David Michael Graham for any damages you find he sustained, and is reasonably certain

to sustain in the future, as a direct result of the occurrences mentioned in the evidence. You should

consider the following elements of damages:

1.   The physical pain and mental suffering David Michael Graham has experienced, and
     is reasonably certain to experience in the future; the nature and extent of the injury,
     whether the injury is temporary or permanent, including any aggravation of a pre-
     existing condition;
2.   The earnings David Michael Graham has lost to date, and the present value of
     earnings he is reasonably certain to lose in the future;

Remember, throughout your deliberations you must not engage in any speculation, guess, or

conjecture and you must not award any damages by way of punishment or through sympathy. You

may not include in your award any sum for court costs or attorneys' fees.

## JURY INSTRUCTION NO. 13

David Michael Graham will not be required to pay any federal or state income taxes on any amount that you award.

## JURY INSTRUCTION NO. 14

The term "negligent" or "negligence" as used in these Instructions means the failure to use ordinary care. The phrase "ordinary care" means that degree of care that an ordinarily careful person would use under the same or similar circumstances. The degree of care used by an ordinarily careful person depends on the circumstances which are known or should be known and varies in proportion to the harm that person reasonably should foresee. In deciding whether a person was negligent or failed to use ordinary care you must consider what that person knew or should have known and the harm that should reasonably have been foreseen.

## JURY INSTRUCTION NO. 15

At the times and places in question, Union Pacific had a continuing duty to use ordinary care under the circumstances in providing David Michael Graham with a reasonably safe place in which to work. It was also Union Pacific's continuing duty to use ordinary care under the circumstances to maintain and keep such place of work in a reasonably safe condition.

This does not mean that defendant Union Pacific is a guarantor or insurer of the safety of the place to work. The extent of defendant Union Pacific's duty is to exercise ordinary care under the circumstances to see that the place in which the work is to be performed is reasonably safe under the circumstances. Union Pacific is not required to furnish the latest, best, and safest tools to its employees.

## JURY INSTRUCTION NO. 16

Union Pacific Railroad Company contends and has the burden of proving that David Michael Graham failed to mitigate his damages by seeking employment. If you should find that Union Pacific has proved by a preponderance of the evidence that David Michael Graham, within the limitations of any disability he may have sustained, failed to seek out or take advantage of a business or employment opportunity that was reasonably available to him under all the circumstances shown by the evidence, then you should reduce the amount of the David Michael Graham's damages by the amount that he could have reasonably realized if he had taken advantage of such opportunity.

## JURY INSTRUCTION NO. 17

If you find that David Michael Graham is reasonably certain to lose earnings in the future, then you must determine the present value in dollars of such future damage, since the award of future damages necessarily requires that payment be made now in one lump sum and David Michael Graham will have the use of the money now for a loss that will not occur until some future date. You must decide what those future losses will be and then make a reasonable adjustment for the present value.

## JURY INSTRUCTION NO. 18

You should not be concerned with whether or not David Michael Graham was paid workers' compensation benefits or whether Union Pacific paid his bills for surgery. Your verdict must be based solely on the evidence in this case and the law that I have given to you.

## JURY INSTRUCTION NO. 19

In conducting your deliberations and returning your verdict, there are certain rules you must follow.

*First*, when you go to the jury room, you must select one of your members as your foreperson. That person will preside over your discussions and speak for you here in court.

*Second,* it is your duty, as jurors, to discuss this case with one another in the jury room. You should try to reach agreement if you can do so without violence to individual judgment, because a verdict must be unanimous.

Each of you must make your own conscientious decision, but only after you have considered all the evidence, discussed it fully with your fellow jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinions if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right, or simply to reach a verdict. Remember at all times that you are not partisans. You are judges – judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

*Third*, if you need to communicate with me during your deliberations, you may send a note to me through the marshal or bailiff, signed by one or more jurors. I will respond as soon as possible either in writing or orally in open court. Remember that you should not tell anyone – including me – how your votes stand numerically.

*Fourth*, your verdict must be based solely on the evidence and on the law which I have given to you in my instructions. The verdict must be unanimous. Nothing I have said or done is intended to suggest what your verdict should be – that is entirely for you to decide.

*Fifth*, you must give the court security officer all cell phones. You may not communicate

with anyone outside of the jury or do any research on the internet or otherwise.  Your verdict must be based solely on the evidence received in the courtroom and the law as I give it to you.

*Finally*, the verdict form is simply the written notice of the decision that you reach in this case. [The form reads: _____.]  You will take this form to the jury room, and when each of you has agreed on the verdict, your foreperson will fill in the form, sign and date it, and advise the marshal or bailiff that you are ready to return to the courtroom.