Case No. **2:06CV00187 JLH**

Case Style: **David M. Graham v. Union Pacific Railroad Company**

# PROFFERED JURY INSTRUCTIONS and VERDICT FORM

**by Defendant**

54 A

# JURY INSTRUCTION NO. \_\_\_\_\_

Your verdict must be for the plaintiff David Graham, and against defendant Union Pacific Railroad Co. on any of Plaintiff's claims listed below as "A-D," if all of the following four elements have been proved by the greater weight of the evidence:

*First*, Plaintiff was an employee of Defendant Union Pacific Railroad Company, and

*Second*, Defendant Union Pacific failed to provide any of the following:

    A. Reasonably safe conditions for work; or

    B. Reasonably safe tools and equipment; or

    C. Reasonably safe methods of work; or

    D. Reasonably adequate help; and

*Third*, Defendant Union Pacific in any one or more of the ways described in Paragraph *Second* was negligent, and

*Fourth*, such negligence resulted in whole or in part in injury to Plaintiff.

If any of the above elements have not been proved by the greater weight of the evidence, that is a preponderance of the evidence, then your verdict must be for Defendant Union Pacific Railroad.

Source: 8th Cir Civil Jury Instr. 7.08 [handwritten: 7.01]
Disposition

2

Disposition:

## JURY INSTRUCTION NO. \_\_\_\_\_

In your deliberations, if you find for Plaintiff, you should distinguish between the amount of damages sustained by Plaintiff as a result of the injuries claimed in this case and the amount of damages sustained by Plaintiff as a result of his pre-existing conditions. Plaintiff is not entitled to any damages you have determined are the result of his pre-existing conditions.

Source: O'Malley, Grenig, & Lee, *Federal Jury Practice and Instructions*, 5th ed., sec. 103.12; *Sauer v. Burlington Northern R.R. Co.*, 106 F.3d 1490, 1494 (10th Cir. 1996).
Disposition:

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID M. GRAHAM                                  PLAINTIFF

v.             CASE NO. 2-06-0187CV JLH

UNION PACIFIC RAILROAD COMPANY              DEFENDANT

## SPECIAL VERDICT FORM

We, the jury, being duly empanelled in the above entitled matter, do find the following by a preponderance of the evidence:

INTERROGATORY NO. 1: Was Union Pacific Railroad Company negligent?

YES_____          NO_____

If your answer to this interrogatory is "No," please have your foreman or forewoman sign the verdict form below and notify the bailiff you have reached a verdict. If you answer to this interrogatory is "Yes" please proceed to question 2.

INTERROGATORY NO. 2: Did Union Pacific's negligence cause Plaintiff's condition?

YES_____          NO_____

If your answer to this interrogatory is "No," please have your foreman or forewoman sign the verdict form below and notify the bailiff you have reached a verdict. If you answer to this interrogatory is "Yes" please proceed to question 3.

INTERROGATORY NO. 3: What amount do you find will fairly and adequately compensate Plaintiff for the condition he sustained?

$ _____

INTERROGATORY NO. 4: What percentage of the damages determined in Question No. 3 above is attributable to a pre-existing condition or to Plaintiff's previous accidents?

ANSWER: _____%

INTERROGATORY NO. 5: What percentage of the damages determined in Question No. 4 above is attributable to a failure to mitigate damages?

ANSWER: _____%

Dates this _____ day of October, 2008.

_____
FOREMAN/FOREWOMAN